**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**VALERIE ADREAN,**

    **Plaintiff,**

v.                                                        **Case No.: 8:16-cv-943-T-17AAS**

**INTEGRATED SUPPLY NETWORK, LLC,**
**a Florida limited liability company,**

    **Defendant.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion for Telephonic Status Conference with Magistrate Judge Regarding Discovery (Doc. 32). According to the motion, numerous discovery issues remain unresolved. In light of the looming discovery deadline, the Court agrees that a discovery status hearing is appropriate. Given that counsel for the parties are located in Tampa, the Court also concludes that an in person hearing would be more efficient.

Accordingly, it is **ORDERED**:

(1) Plaintiff's Motion for Telephonic Status Conference with Magistrate Judge Regarding Discovery (Doc. 32) is **GRANTED in part and DENIED in part.**

(2) By **noon** on **April 10, 2017**, counsel for the parties shall confer and file a joint memorandum identifying all outstanding discovery disputes and each parties' position on those disputes. The purpose of this joint memorandum is to apprise the Court of the number and breadth of outstanding discovery issues. The Court does not expect that the parties will be fully briefing the issues in the joint memorandum.

(2) Counsel for the parties shall appear in person for a discovery status conference on

**April 13, 2017, at 9:30 a.m.**, in Courtroom 10B of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida, 33602.

**DONE AND ORDERED** in Tampa, Florida on this 30th day of March, 2016.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge